The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JASON M. DELESSERT, on his own behalf,
and on behalf of all similarly situated
individuals,

                  Plaintiff,

      v.

KAISER FOUNDATION HEALTH PLAN,
INC.,

                  Defendant.

Case No. 2:24-cv-2087-JNW

STIPULATED MOTION FOR BRIEFING
SCHEDULE RE MOTION TO DISMISS AND
[PROPOSED] ORDER

NOTE ON MOTION CALENDAR:
March 14, 2025

## STIPULATION

Plaintiff Jason M. Delessert ("Plaintiff"), through his counsel Eleanor Hamburger, Richard E. Spoonemore, Daniel S. Gross and Ari Robbins Greene of Sirianni Youtz Spoonemore Hamburger PLLC, and Anna P. Prakash of Nichols Kaster, PLLP, and Defendant Kaiser Foundation Health Plan, Inc., ("Defendant"), through its counsel J. Derek Little and Medora Marisseau of Karr Tuttle Campbell, hereby state that counsel for the Parties participated in conference concerning Defendant's anticipated motion to dismiss on March 10, 2025 pursuant to Chambers Procedures – Civil, Section 5.6.  The Parties had previously stipulated to March 17, 2025 as the deadline for Defendant to respond to Plaintiff's Complaint, and that if Defendant were to elect to file a motion under Rule 12 in lieu of an answer, the parties agreed to stipulate to a mutually agreeable briefing schedule.  *See* Dkt. 7.

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Accordingly, the Parties now stipulate and respectfully move the Court to approve to the following schedule for briefing on Defendant's Motion to Dismiss.

| EVENT | DEADLINE |
|---|---|
| **Deadline for Defendant to file Motion** | **March 17, 2025** |
| **Deadline for Plaintiff's Response** | **April 24, 2025** |
| **Deadline for Defendant's Reply** | **May 9, 2025** |

IT IS SO STIPULATED this 14th day of March, 2025.

**SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC**

*s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
Richard E. Spoonemore (WSBA #21833)
Daniel S. Gross (WSBA #23992)
Ari Robbins Greene (WSBA #54201)
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
ehamburger@sylaw.com
rspoonemore@sylaw.com
dgross@sylaw.com
arobbinsgreene@sylaw.com

**NICHOLS KASTER, PLLP**

Anna P. Prakash, pro hac vice forthcoming
80 S. Eighth Street, Suite 4700
Minneapolis, MN 55402
Tel. (877) 344-4628
aprakash@nka.com

*Attorneys for Plaintiff*

**KARR TUTTLE CAMPBELL**

*s/J. Derek Little*
J. Derek Little, WSBA #40560
Medora A. Marisseau, WSBA No. 23114
701 5th Ave., Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: dlittle@karrtuttle.com
mmarisseau@karrtuttle.com

*Attorneys for Defendant*

STIPULATED MOTION FOR BRIEFING SCHEDULE RE MOTION TO
DISMISS AND [PROPOSED] ORDER - 2
#5837895 v1 / 22408-657

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**ORDER**

Pursuant to the Parties' stipulation, the following briefing schedule is adopted by the Court:

| EVENT | DEADLINE |
|---|---|
| **Deadline for Defendant to file Motion** | **March 17, 2025** |
| **Deadline for Plaintiff's Response** | **April 24, 2025** |
| **Deadline for Defendant's Reply** | **May 9, 2025** |

IT IS SO ORDERED.

DATED this 19th day of March, 2025.


The Honorable Jamal N. Whitehead

STIPULATED MOTION FOR BRIEFING SCHEDULE RE MOTION TO
DISMISS AND [PROPOSED] ORDER - 3
#5837895 v1 / 22408-657

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**CERTIFICATE OF SERVICE**

I, Luci Brock, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On this day, I caused the foregoing document to be filed with the Court and served on the party listed below in the manner indicated:

| Eleanor Hamburger (WSBA #26478) | ☐ | Via U.S. Mail |
| Richard E. Spoonemore (WSBA #21833) | ☐ | Via Hand Delivery |
| Daniel S. Gross (WSBA #23992) | ☒ | Via Electronic Mail |
| Ari Robbins Greene (WSBA #54201) | ☐ | Via Overnight Mail |
| Sirianni Youtz Spoonemore Hamburger PLLC | ☒ | CM/ECF via court's website |

3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
ehamburger@sylaw.com
rspoonemore@sylaw.com
dgross@sylaw.com
arobbinsgreene@sylaw.com
*Attorneys for Plaintiff*

| Anna P. Prakash, *pro hac vice forthcoming* | ☐ | Via U.S. Mail |
| Nichols Kaster, PLLP | ☐ | Via Hand Delivery |
| 80 S. Eighth Street, Suite 4700 | ☒ | Via Electronic Mail |
| Minneapolis, MN 55402 | ☐ | Via Overnight Mail |
| Tel. (877) 344-4628 | ☒ | CM/ECF via court's website |

aprakash@nka.com
*Attorneys for Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of March 2025, at Seattle, Washington.

*s/ Luci Brock*
Luci Brock
Legal Assistant

STIPULATED MOTION FOR BRIEFING SCHEDULE RE MOTION TO
DISMISS AND [PROPOSED] ORDER - 4
#5837895 v1 / 22408-657

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100