UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON M DELESSERT, | CASE NO. 2:24−cv−02087−JNW |
| Plaintiff(s), | |
| v. | ORDER SETTING TRIAL DATE AND RELATED DATES |
| KAISER FOUNDATION HEALTH PLAN INC, | |
| Defendant(s). | |

## SCHEDULING DATES

Having reviewed the parties' Joint Status Report and Discovery Plan, the Court sets the following trial and related dates:

| EVENT | DATE |
|---|---|
| BENCH TRIAL begins | August 10, 2026 |
| Length of trial | *See* JSR |
| Deadline for joining additional parties | September 19, 2025 |
| Deadline for filing amended pleadings | January 12, 2026 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | January 12, 2026 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |

| EVENT | DATE |
|---|---|
| All motions related to discovery must be filed by (*see* LCR 7(d)) | February 11, 2026 |
| Discovery completed by | March 13, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | April 13, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | June 11, 2026 |
| All motions in limine must be filed by (*see* LCR 7(d)) | July 1, 2026 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | July 20, 2026 |
| Agreed pretrial order due | July 20, 2026 |
| Trial briefs must be filed by | July 27, 2026 |
| Pretrial conference | August 3, 2026 |

The Local Civil Rules set all other dates. The dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. Only the Court may alter these dates and it will do so only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so

ORDER SETTING TRIAL & RELATED DATES – 2

will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases.

## COOPERATION

As required by LCR 37(a), all discovery matters should be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

## EXHIBITS

The parties must deliver one copy of their respective trial exhibits to Grant Cogswell, Courtroom Deputy, five (5) days before the trial date. Each exhibit must be clearly marked on the face of the exhibit. Each set of exhibits must be submitted in a three−ring binder with appropriately numbered tabs. The Court alters the LCR 16.1 procedure for numbering exhibits as follows: Plaintiff's exhibits should be numbered consecutively beginning with 1; Defendant's exhibits should include the prefix "A" and should be numbered consecutively beginning with A−1. Duplicate documents should not be listed twice. Once a party has identified an exhibit in the pretrial order, any party may use it.

In addition, no later than seven (7) days before the trial date, the parties should send an electronic copy of all exhibits in .PDF format with Optical Character Recognition ("OCR") searchable text to Grant Cogswell, Courtroom Deputy. The parties should notify the court of any physical objects or files that cannot be transmitted electronically. Exhibits must be marked as described above, and the following protocols also apply: (1) Electronic exhibits must be transmitted individually (i.e., one exhibit per file), but exhibits may have multiple pages; (2) Exhibit file names should match the descriptions listed on the joint exhibit list as closely as possible except that file names should not exceed 80 characters, e.g., Ex. 1 − Accident Scene Photo; Ex. A−1 − Email dated 4−03−23.

**SETTLEMENT**

If this case settles, counsel must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated the 21st of July 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge