The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON M. DELESSERT and CAROLINE CUMMINS, on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendant. | NO. 2:24-cv-02087-JNW<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND MODIFY CASE SCHEDULE<br><br>**Note on Motion Calendar: December 30, 2025** |

THIS MATTER comes before the Court on the parties' Joint Motion to Continue Trial Date and Modify Case Schedule. For good cause shown, the Court GRANTS the motion and sets the following case schedule:

| EVENT | DATE |
|---|---|
| BENCH TRIAL begins | February 8, 2027 |
| Length of Trial | *See* JSR |
| Deadline for filing amended pleadings | July 10, 2026 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | July 10, 2026 |

| | |
|---|---|
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | Within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | August 14, 2026 |
| Discovery completed by | September 14, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | October 12, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | December 9, 2026 |
| All motions in limine must be filed by (*see* LCR 7(d)) | December 15, 2026 |
| Deposition Designations must be submitted to the Court by (*see* LRC 32(e)) | January 18, 2027 |
| Agreed pretrial order due | January 18, 2027 |
| Trial briefs must be filed by | January 25, 2027 |
| Pretrial conference | February 1, 2027 |

DATED: December _____, 2025.

_____
The Honorable Jamal N. Whitehead
United States District Judge