The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON M. DELESSERT and CAROLINE CUMMINS, on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendant. | No. 2:24-cv-02087-JNW<br><br>**STIPULATED ORDER REGARDING *SCHMITT* CONFIDENTIAL DOCUMENTS**<br><br>**Note on Motion Calendar:**<br>**January 13, 2026** |

### I. STIPULATION

WHEREAS, Defendant Kaiser Foundation Health Plan, Inc. was previously sued in *Schmitt v. Kaiser Foundation Health Plan of Washington, et al.*, No. 2:17-cv-1611-RSL (W.D. Wash.) ("*Schmitt*");

WHEREAS, the firm of Ogden Murphy Wallace, PLLC ("OMW") represented Defendants Kaiser Foundation Health Plan of Washington, Kaiser Foundation Health Plan of Washington Options, Inc., Kaiser Foundation Health Plan of the Northwest, and

STIPULATED ORDER REGARDING *SCHMITT* CONFIDENTIAL DOCUMENTS – 1
[Case No. 2:24-cv-02087-JNW]

CROWELL & MORING LLP
515 S. FLOWER ST., 41ST FL.
LOS ANGELES, CA 90071
TEL. (213) 622-4750 FAX (213) 622-4680

1  Kaiser Foundation Health Plan, Inc. in *Schmitt* (collectively, the "*Schmitt* Defendants") under a different firm name;

WHEREAS, OMW and the firm of Crowell & Moring LLP ("Crowell") are co-counsel for Defendant Kaiser Foundation Health Plan, Inc. in the instant action;

WHEREAS, the firm of Sirianni Youtz Spoonemore Hamburger PLLC ("SYSH") represented the Plaintiffs in *Schmitt* (the "*Schmitt* Plaintiffs");

WHEREAS, SYSH represents Plaintiffs in the instant action;

WHEREAS, the *Schmitt* Plaintiffs designated information confidential in *Schmitt*;

WHEREAS, *Schmitt* settled, and only archival copies of confidential information were retained pursuant to the Stipulated Protective Order in *Schmitt* (Stipulated Protective Order, *Schmitt*, No. 2:17-cv-1611-RSL (W.D. Wash. Jan. 4, 2018), Dkt No. 16);

WHEREAS, Crowell was not counsel in *Schmitt*;

WHEREFORE, the parties STIPULATE AND AGREE:

1. OMW may share any confidential information produced by the *Schmitt* Plaintiffs pursuant to the Stipulated Protective Order in *Schmitt* (Dkt No. 16) with OMW's co-counsel and clients in the instant action;

2. OMW, its co-counsel, and their clients agree that such confidential information shall retain its confidential designation in the instant action; and

3. Such confidential information shall be governed by the Stipulated Protective Order in the instant action (Dkt No. 33), which is substantially similar to the Stipulated Protective Order in *Schmitt* (Dkt. No. 16).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

STIPULATED ORDER REGARDING *SCHMITT* CONFIDENTIAL DOCUMENTS – 2
[Case No. 2:24-cv-02087-JNW]

CROWELL & MORING LLP
515 S. FLOWER ST., 41ST FL.
LOS ANGELES, CA 90071
TEL. (213) 622-4750 FAX (213) 622-4680

DATED: January 13, 2026.

| | |
|---|---|
| SIRIANNI YOUTZ<br>SPOONEMORE HAMBURGER PLLC | CROWELL & MORING LLP |
| *s/ Elenor Hamburger*<br>Eleanor Hamburger (WSBA #26478)<br>Richard E. Spoonemore (WSBA #21833)<br>Daniel S. Gross (WSBA #23992)<br>Ari Robbins Greene, Of Counsel (WSBA #54201)<br>3101 Western Avenue, Suite 350<br>Seattle, WA 98121<br>Tel. (206) 223-0303<br>ehamburger@sylaw.com<br>rspoonemore@sylaw.com<br>dgross@sylaw.com<br>arobbinsgreene@sylaw.com | *s/ Jason Murray*<br>Andrew Holmer (Admitted *Pro Hac Vice*)<br>Jason Murray (Admitted *Pro Hac Vice*)<br>515 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>Tel. (213) 622-4750<br>Fax. (213) 622-2690<br>jmurray@crowell.com<br>aholmer@crowell.com<br><br>Daniel Leff (Admitted *Pro Hac Vice*)<br>1001 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Tel. (202) 624-2500<br>Fax: (202) 628-5116<br>dleff@crowell.com |
| NICHOLS KASTER, PLLP | OGDEN MURPHY WALLACE, PLLC |
| *s/ Anna P. Prakash*<br>Anna P. Prakash (Admitted *Pro Hac Vice*)<br>Brock J. Specht (Admitted *Pro Hac Vice*)<br>Elizabeth M. Binczik (Admitted *Pro Hac Vice*)<br>80 S. Eighth Street, Suite 4700<br>Minneapolis, MN 55402<br>Tel. (877) 344-4628<br>aprakash@nka.com<br>bspecth@nka.com<br>ebinczik@nka.com | *s/ J. Derek Little*<br>J. Derek Little, WSBA No 40560<br>Medora A. Marisseau, WSBA No. 23114<br>701 Fifth Ave., Ste 5600<br>Seattle, WA 98104<br>Tel. (206) 447-7200<br>Fax: (206) 447-0215<br>dlittle@omwlaw.com<br>mmarisseau@omwlaw.com<br><br>***Attorneys for Defendant*** |
| ***Attorneys for Plaintiffs*** | |

## II.  ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

Jamal N. Whitehead
United States District Court Judge

STIPULATED ORDER REGARDING *SCHMITT* CONFIDENTIAL DOCUMENTS – 4
[Case No. 2:24-cv-02087-JNW]

**CROWELL & MORING LLP**
515 S. FLOWER ST., 41ST FL.
LOS ANGELES, CA 90071
TEL. (213) 622-4750 FAX (213) 622-4680