The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON M. DELESSERT and CAROLINE CUMMINS, on their own behalf, and on behalf of all similarly situated individuals,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC.,

Defendant.

NO. 2:24-cv-02087-JNW

**JOINT MOTION TO CONTINUE TRIAL DATE AND MODIFY CASE SCHEDULE**

**Note on Motion Calendar: June 24, 2026**

## I.    INTRODUCTION AND RELIEF REQUESTED

The parties jointly request that the Court continue the current trial date of February 8, 2027 in the above-captioned matter by no less than seven months and modify the dates and deadlines set forth in the Court's Order Granting Joint Motion to Continue Trial Date and Modify Case Schedule (ECF No. 48) accordingly. The parties make this request primarily because, although they have diligently pursued discovery in this matter, they do not believe that the factual record will be sufficiently developed within the deadlines set in the current case schedule to allow a full and fair adjudication of this matter.  Accordingly, the parties jointly request that the trial and related dates be extended as follows:

JOINT MOTION TO CONTINUE TRIAL DATE AND
MODIFY CASE SCHEDULE – 1
[Case No. 2:24-cv-02087-JNW]

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| BENCH TRIAL begins | February 8, 2027 | No earlier than September 13, 2027 |
| Length of Trial | *See* JSR | *See* JSR |
| Deadline for filing amended pleadings | July 10, 2026 | February 10, 2027 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | July 10, 2026 | February 10, 2027 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | Within 30 days after the other party's expert disclosure | Within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | August 14, 2026 | March 15, 2027 |
| Discovery completed by | September 14, 2026 | April 14, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | October 12, 2026 | May 12, 2027 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | December 9, 2026 | July 9, 2027 |
| All motions in limine must be filed by (*see* LCR 7(d)) | December 15, 2026 | July 15, 2027 |
| Deposition Designations must be submitted to the Court by (*see* LRC 32(e)) | January 18, 2027 | August 18, 2027 |
| Agreed pretrial order due | January 18, 2027 | August 18, 2027 |
| Trial briefs must be filed by | January 25, 2027 | August 25, 2027 |
| Pretrial conference | February 1, 2027 | September 6, 2027 |

## II.  STATEMENT OF FACTS

This is a putative class action in which Plaintiffs allege that Defendant engaged in disability discrimination in violation of the Affordable Care Act's anti-discrimination law, 42 U.S.C. § 18116, by designing and administering a benefit design that excludes prescription hearing aids from coverage in many health plans designed and administered by Defendant or by its affiliates and subsidiaries. The Complaint was filed

JOINT MOTION TO CONTINUE TRIAL DATE AND
MODIFY CASE SCHEDULE – 2
[Case No. 2:24-cv-02087-JNW]

on December 18, 2024, (ECF No. 1), and Defendant moved to dismiss the Complaint on March 17, 2025. (ECF No. 10.)

On June 6, 2026, while Defendant's motion to dismiss was pending, the Court entered an Order setting the deadline for the Rule 26(f) conference, initial disclosures, and the parties' joint status report. (ECF No. 19.) On July 17, 2025, the parties' joint status report and discovery plan was filed. (ECF No. 23.) On July 21, 2025, the Court issued an Order Setting Trial Date and Related Dates. (ECF No. 25.)

Plaintiff served Defendant with Plaintiff's first discovery requests on August 13, 2025. On August 28, 2025, the Court denied Defendant's motion to dismiss. (ECF No. 29.) On September 16, 2025, Plaintiff brought an unopposed motion for leave to amend the Complaint, (ECF No. 31), and the parties entered a stipulation regarding the use of confidential documents produced in *Schmitt v. Kaiser Foundation Health Plan of Washington, et al.*, No. 2:17-cv-1611-RSL (W.D. Wash.) ("*Schmitt*"). (ECF No. 35.) On September 17, 2025, the Court granted Plaintiff leave to amend, (ECF No. 37), and entered a Stipulated Order regarding the *Schmitt* confidential documents. (ECF No. 36.) Plaintiffs filed the First Amended Complaint on September 18, 2025. (ECF No. 38.) New counsel for Defendant appeared on December 23, 2025, (ECF No. 45), and the Court granted the parties Joint Motion to Continue Trial Date and Modify Case Schedule on January 9, 2026. (ECF No. 48.)

The parties have been cooperatively discussing and conducting discovery over the past several months. Both sides have issued discovery requests and has begun rolling productions. Certain discovery requests remain the issue of disputes between the parties and the parties have engaged in multiple conferences to attempt to resolve those disputes. The parties continue to negotiate toward resolution of their discovery disputes. However, despite those conferences and related correspondence, several disputes remain that the parties continue to work through. Moreover, the process of collection

JOINT MOTION TO CONTINUE TRIAL DATE AND
MODIFY CASE SCHEDULE – 3
[Case No. 2:24-cv-02087-JNW]

and production of requested Defendant data is taking longer than originally anticipated, even for those discovery requests no longer subject to dispute. The parties now jointly submit this motion to extend deadlines.

### III.  ARGUMENT

A case schedule may be modified for "good cause." Fed. R. Civ. P. 16(b)(4). "[T]he Court has broad discretion in granting modifications to the schedule." *Eagle W. Ins. Co. v. Watts Regul. Co.*, 2017 WL 7053640, at *2 (W.D. Wash. Aug. 2, 2017). "Four factors are used to analyze motions to modify the trial schedule: (1) the diligence of the moving party; (2) the need for continuance; (3) inconvenience for the Court and the non-moving party; and (4) the harm caused by denial of a continuance." *Id.* (citing *United States v. 2.61 Acres of Land, More or Less, Situated in Mariposa Cnty., State of Cal.*, 791 F.2d 666, 671 (9th Cir. 1985)). Here, good cause exists because, despite the parties' diligence in pursuing discovery and the resolution of discovery disputes, the materials necessary for a full and fair resolution of this matter are not yet available.

The parties remain optimistic that extending the schedule as requested will permit the remaining discovery disputes to be resolved and provide useful evidence and an adequate basis for helpful expert opinion support to the Court. "An extension of the remaining court deadlines is appropriate to allow the parties to complete discovery . . . ." *Autumn St. George v. Sequim Sch. Dist.*, No. 18-CV-05372-RJB, 2018 U.S. Dist. LEXIS 208991, at *3 (W.D. Wash., Dec. 11, 2018).

As detailed above, the parties have made diligent attempts to move this case forward. The parties have properly filed this motion before the deadlines they seek to extend and have used the time to date to serve and negotiate discovery requests and responses.  The parties have otherwise complied with the Court's schedule.

A schedule modification will not result in any inconvenience. "[A] finding of inconvenience should be based on such factors as the court's necessity to reschedule

JOINT MOTION TO CONTINUE TRIAL DATE AND
MODIFY CASE SCHEDULE – 4
[Case No. 2:24-cv-02087-JNW]

CROWELL & MORING LLP
515 S. FLOWER ST., 41ST FL.
LOS ANGELES, CA 90071
TEL. (213) 622-4750 FAX (213) 622-4680

other pending matters, the ability of witnesses to appear at the continued hearing or trial, and any inconvenience to the opposing party." *Kaina v. Cnty. of Maui*, 2007 WL 1153829, at *5 (D. Haw. Apr. 18, 2007) (collecting cases). Here, the parties agree to the requested modification, which will allow the parties time to resolve their discovery disputes and complete discovery. And to the best of the parties' knowledge, the Court will not be inconvenienced by the requested modification. On the other hand, the prejudice to both parties if the schedule is not extended is plain given the outstanding discovery described above.

In short, good cause exists to extend the case schedule.

## IV.  CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court continue the current trial date of February 8, 2027 in the above-captioned matter by no less than seven months and modify the dates and deadlines set forth in this Court's Order Setting Trial Date and Related Dates accordingly.

DATED: June 24, 2026

*I certify that the foregoing contains 1218 words, in compliance with the Local Civil Rules.*

/s/ *Daniel H. Leff*
Daniel H. Leff (Admitted *Pro Hac Vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004-2595
Telephone: 202-624-2500
Email:      dleff@crowell.com

Jason C. Murray (Admitted *Pro Hac Vice*)
Andrew J. Holmer (Admitted *Pro Hac Vice*)
CROWELL & MORING LLP
515 S. Flower St., 41st Floor
Los Angeles, CA  90071
Telephone: 213-622-4750
Facsimile: 213-622-4680

JOINT MOTION TO CONTINUE TRIAL DATE AND
MODIFY CASE SCHEDULE – 5
[Case No. 2:24-cv-02087-JNW]

CROWELL & MORING LLP
515 S. FLOWER ST., 41ST FL.
LOS ANGELES, CA 90071
TEL. (213) 622-4750 FAX (213) 622-4680

Email:      jmurray@crowell.com
            aholmer@crowell.com


/s/ *J. Derek Little*
J. Derek Little (WSBA #40560)
Adriana C. Lein (WSBA #60237)
OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA  98104
Telephone: 206-447-7000
Facsimile: 206-447-0215
Email:      dlittle@omwlaw.com
            alein@omwlaw.com

*Attorneys for Defendant*


/s/ *Anna Prakash*
Anna P. Prakash (Admitted *Pro Hac Vice*)
Brock J. Specht (Admitted *Pro Hac Vice*)
Elizabeth M. Binczik (Admitted *Pro Hac Vice*)
NICHOLS KASTER, PLLP
80 S. Eighth Street, Suite 4700
Minneapolis, MN 55402
Telephone:  877-344-4628
Email:      aprakash@nka.com
            bspecth@nka.com
            ebinczik@nka.com


/s/ *Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
Richard E. Spoonemore (WSBA #21833)
Ari Robbins Greene, Of Counsel (WSBA #54201)
Jeremiah Miller (WSBA #40949)
SIRIANNI YOUTZ SPOONEMORE
HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone: 206-223-0303
Email:      ehamburger@sylaw.com
            rspoonemore@sylaw.com
            dgross@sylaw.com
            arobbinsgreene@sylaw.com

*Attorneys for Plaintiffs*


JOINT MOTION TO CONTINUE TRIAL DATE AND
MODIFY CASE SCHEDULE – 6
[Case No. 2:24-cv-02087-JNW]

**CERTIFICATE OF SERVICE**

I certify that this motion was served on all counsel of record via the Court's electronic filing system.

/s/Daniel H. Leff

JOINT MOTION TO CONTINUE TRIAL DATE AND
MODIFY CASE SCHEDULE – 7
[Case No. 2:24-cv-02087-JNW]

CROWELL & MORING LLP
515 S. FLOWER ST., 41ST FL.
LOS ANGELES, CA 90071
TEL. (213) 622-4750 FAX (213) 622-4680