The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON M. DELESSERT and CAROLINE CUMMINS, on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendant. | NO. 2:24-cv-02087-JNW<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND MODIFY CASE SCHEDULE<br><br>**Note on Motion Calendar: June 24, 2026** |

THIS MATTER comes before the Court on the parties' Joint Motion to Continue Trial Date and Modify Case Schedule. For good cause shown, the Court GRANTS the motion and sets the following case schedule:

| EVENT | DATE |
|---|---|
| BENCH TRIAL begins | September 13, 2027 [or earliest available trial date thereafter] |
| Length of Trial | *See* JSR |
| Deadline for filing amended pleadings | February 10, 2027 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | February 10, 2027 |

| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | Within 30 days after the other party's expert disclosure |
|---|---|
| All motions related to discovery must be filed by (*see* LCR 7(d)) | March 15, 2027 |
| Discovery completed by | April 14, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | May 12, 2027 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | July 9, 2027 |
| All motions in limine must be filed by (*see* LCR 7(d)) | July 15, 2027 |
| Deposition Designations must be submitted to the Court by (*see* LRC 32(e)) | August 18, 2027 |
| Agreed pretrial order due | August 18, 2027 |
| Trial briefs must be filed by | August 25, 2027 |
| Pretrial conference | September 7, 2027 |

This will be the last continuance in this matter absent a showing of good cause. Mere failure to complete discovery within the time allowed does not constitute good cause for an extension or continuance. Local Civil Rule 16(b)(6).

DATED: 25th day of June, 2026.

_____
The Honorable Jamal N. Whitehead
United States District Judge